UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

United States of America,

**ORDER**

**18-CR-420 (ALC)**

-v-

Sammuel Caban,

    Defendant(s)

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-11-19

**ANDREW L. CARTER, JR., United States District Judge:**

The time for the December 12, 2019 sentencing is adjourned **3:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
   December 10, 2019

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE