```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
------------------------------------x       DOC#:_____
                                    :       DATE FILED: 1/15/21
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :       ORDER
                                    :
                                    :
 SAMMUEL CABAN,                     :
                                    :       18-CR-420 (ALC)
                                    :       Docket #
------------------------------------x
```

Honorable Andrew L. Carter, Jr., **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case

Guy Oksenhendler is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to Stephen Turano, NUNC-PRO-TUNC _____.
                        Attorney's Name

                            SO ORDERED.

                            /s/ Andrew L. Carter
                            UNITED STATES DISTRICT JUDGE

Dated:   New York, New York