UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
   -against-                         :     **ORDER**
:
SAMMUEL CABAN,                      :
:     18-CR-420 (ALC)
:     Docket #
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/15/21__

Honorable Andrew L. Carter, Jr., DISTRICT JUDGE:
         Judge's Name

The C.J.A. attorney assigned to this case
__Guy Oksenhendler_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Stephen Turano_____, NUNC-PRO-TUNC _____.
                          Attorney's Name

                            SO ORDERED.

                          _Andrew L. Carter_____
                          UNITED STATES DISTRICT JUDGE

Dated:   New York, New York